**Order entered September 17, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00194-CR

### EDWARD LAMAR PORTER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-00712-T**

## ORDER

Before the Court is appellant's September 13, 2019 first motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due on or before October 7, 2019.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE